No. 99–8848. KOONS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8978. MARTIN v. ORANGE DISTRICT SCHOOLS. C. A. 11th Cir. Certiorari denied.

No. 99–9151. DAVIS v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 99–9193. RENOIR v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9229. SARTORI v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–9260. STATON v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9276. WILLIAMS v. ZELLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–9278. PON ET UX. v. CITY AND COUNTY OF SAN FRANCISCO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–9283. BILLUPS v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9288. KUPLEN v. FRANKLIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9289. KIRKENDALL v. UNIVERSITY OF CONNECTICUT HEALTH CENTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–9301. JONES v. PENNSYLVANIA WORKERS' COMPENSATION APPEAL BOARD. Commw. Ct. Pa. Certiorari denied.

No. 99–9302. NAVA v. GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9303. LABRANCH v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–9305. ALLISON v. BRONSON, PROBATION OFFICER, BRONX COUNTY, NEW YORK. C. A. 2d Cir. Certiorari denied.